MICHAEL T. JONES (SBN 290660)
*MJones@goodwinlaw.com*
NICOLE L. CHESSARI (SBN 259970)
*NChessari@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

STELLA PADILLA (SBN 301590)
*SPadilla@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, California 90401
Tel: +1 424 252 6400
Fax: +1 424 252 6401

Attorneys for Plaintiff
REPUTATION.COM, INC.

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| REPUTATION.COM, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>MICHAEL MULLARKEY, SOCIAL MECCA, INC. D/B/A NUVI, and FORTIS ADVISORS LLC (SOLELY AS THE STOCKHOLDERS' AGENT),<br><br>              Defendants. | Case No. 4:21-cv-07340-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Courtroom:  2 (4th Floor)<br>Judge:        Hon. Haywood S. Gilliam, Jr. |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(b), Plaintiff Reputation.com, Inc. and Defendant Michael Mullarkey, by and through their undersigned counsel, hereby stipulate with respect to Defendant's time to respond to the Complaint, as follows:

WHEREAS, on September 21, 2021 Plaintiff filed the Complaint against Defendant;

WHEREAS, on October 7, 2021, the Court issued a notice setting the initial case management conference for January 11, 2022, with Case Management Statements due by January 4, 2022;

WHEREAS, to avoid unnecessary expenses, Defendant agreed to waive service of the summons and Complaint, and accordingly, pursuant to Federal Rule of Civil Procedure 4(d), executed waivers of service so that Defendant's response to the Complaint is due to be filed and served on December 20, 2021;

WHEREAS, Defendant requested additional time to respond to the Complaint, to which Plaintiff has agreed;

WHEREAS, the Parties have not previously requested any extensions, the Parties do not enter into this stipulation for the purpose of delay, and the Court has not yet scheduled any pre-trial or trial dates; and

WHEREAS, no party will be prejudiced by the stipulated-to extension.

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Defendant shall respond to the Complaint on or before January 3, 2022;

2. This Stipulation is entered into without prejudice to any party seeking any interim relief.

3. Nothing in this Stipulation shall be construed as a waiver of any of Defendant's rights or positions in law or equity, or as a waiver of any defenses, except as to sufficiency of service of process, that Defendant would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO STIPULATED.**

Dated: December 17, 2021      Respectfully Submitted,

By: /s/ *Nicole L. Chessari*
Michael T. Jones (SBN 290660)
*MJones@goodwinlaw.com*
Nicole L. Chessari
*NChessari@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063

Stella Padilla (SBN 301590)
*SPadilla@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, California 90401

*Attorneys for Plaintiff Reputation.com, Inc.*

Dated: December 17, 2021      Respectfully Submitted,

By: /s/ *Timothy G. Harvey (with permission)*
Timothy G. Harvey (*pro hac vice forthcoming*)
*tharvey@rwjplc.com*
James Bowen (*pro hac vice forthcoming*)
*jimbowen@rwplc.com*
**Riley Warnock & Jacobson, PLC**
1906 West End Ave.
Nashville, TN 37203

*Attorneys for Defendant Michael Mullarkey.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/20/2021

HONORABLE HAYWOOD S. GILLIAM, JR
United States District Judge