MICHAEL T. JONES (SBN 290660)
MJones@goodwinlaw.com
NICOLE L. CHESSARI (SBN 259970)
NChessari@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

STELLA PADILLA (SBN 301590)
SPadilla@goodwinlaw.com
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, California 90401
Tel: +1 424 252 6400
Fax: +1 424 252 6401

Attorneys for Plaintiff
REPUTATION.COM, INC.

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| REPUTATION.COM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MULLARKEY, SOCIAL MECCA, INC. D/B/A NUVI, and FORTIS ADVISORS LLC (SOLELY AS THE STOCKHOLDERS' AGENT),<br><br>Defendants. | Case No. 4:21-cv-07340-HSG<br><br>**STIPULATED DISMISSAL WITH PREJUDICE ; ORDER**<br><br>Courtroom:  2 (4th Floor)<br>Judge:       Hon. Haywood S. Gilliam, Jr. |

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure and the terms of a separate Confidential Settlement Agreement and Mutual Release, Plaintiff Reputation.com, Inc. and Defendant Michael Mullarkey, by and through their undersigned counsel, hereby stipulate and agree to dismiss the above captioned matter in its entirety with prejudice, each party to pay its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: December 30, 2021                           Respectfully Submitted,


By: /s/ *Nicole L. Chessari*
Michael T. Jones (SBN 290660)
*MJones@goodwinlaw.com*
Nicole L. Chessari
*NChessari@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063

Stella Padilla (SBN 301590)
*SPadilla@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, California 90401


*Attorneys for Plaintiff Reputation.com, Inc.*

Dated: December 30, 2021                           Respectfully Submitted,


By: /s/ *Timothy G. Harvey (with permission)*
Timothy G. Harvey (*pro hac vice forthcoming*)
*tharvey@rwjplc.com*
James Bowen (*pro hac vice forthcoming*)
*jimbowen@rwplc.com*
**Riley Warnock & Jacobson, PLC**
1906 West End Ave.
Nashville, TN 37203


*Attorneys for Defendant Michael Mullarkey.*

2
STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. 4:21-cv-07340-HSG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/4/2022

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR
United States District Judge

3

STIPULATED DISMISSAL WITH PREJUDICE
CASE NO. 4:21-cv-07340-HSG